## STATE OF CONNECTICUT *v.* SALVATORE CARACOGLIA

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 95 (AC 25309), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Gennaro Bizzaro*, special public defender, in support of the petition.

*Sarah Hanna*, special deputy assistant state's attorney, in opposition.

Decided June 14, 2006